IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-00495-LTB-BNB

SAMANTHA BENNINGER,

Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois Insurance Company,

Defendants.

_____

**ORDER**
_____

This matter arises on the **Supplemental Statement of Claims By Plaintiff, Samantha Benninger** [Doc. # 21, filed 5/6/2011] submitted pursuant to the requirement imposed on page 2 of the Scheduling Order [Doc. # 19]. Appendix F.1 to the local rules of practice, D.C.COLO.LCivR, requires in pertinent part that the parties "[p]rovide **concise statements** of all claims or defenses. . . . Do not summarize the pleadings." (Emphasis added.)

In the Scheduling Order, the plaintiff provided a two page statement of her claims, but added a footnote stating that she "incorporates herein, in their entirety, all allegations, claims and causes of action set forth in her Complaint." Scheduling Order [Doc. # 19] at p. 2. I struck the footnote as inconsistent with the requirements of Appendix F.1 that the plaintiff provide a concise statement of her claims, but I allowed the plaintiff to supplement her statement of claims, if necessary.

The Supplemental Statement of Claims is 12 pages long--longer than the Complaint itself. The Supplemental Statement of Claims is not a concise statement of the claims asserted. A concise statement of claims would state, for example, that the plaintiff alleges claims for bad faith breach of insurance contract, breach of the duty of good faith and fair dealing, breach of fiduciary duty, and negligent claims practices and handling based on a narrative of supporting facts which should not exceed approximately two pages.

IT IS ORDERED:

1. The Supplemental Statement of Claims [Doc. # 21] is REFUSED; and

2. The plaintiff shall file a revised supplemental statement of claims, on or before **May 13, 2011**, that complies with the requirements of Appendix F.1 and this Order.

Dated May 6, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge