IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-0495-LTB-BNB

SAMANTHA BENNINGER,

Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois Insurance Company,

Defendants.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Plaintiff's Request for Production of Documents** [docket no. 25, filed May 27, 2011].

      IT IS ORDERED that the parties are not to file discovery consisting of interrogatories, requests for production , requests for admissions, etc, with the Court.  See Fed.R.Civ.P.5(d).

DATED:  June 7, 2011